Español　Tiếng Việt　한국어　中文　հայերեն

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>Self-Rep, Info, FAQs... | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English ▼

PRINT　NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 18CHCV00101
JARON BRIGNAC VS YELP, INC.

**Filing Courthouse:** Chatsworth Courthouse

**Filing Date:** 11/19/2018
**Case Type:** Other Commercial/Business Tort (not fraud/ breach of contract) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**04/23/2019** at 08:30 AM in Department F47 at 9425 Penfield Ave., Chatsworth, CA 91311
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

BRIGNAC JARON - Plaintiff

YELP INC. - Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**11/20/2018** Notice of Case Management Conference
Filed by Clerk

**11/19/2018** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**11/19/2018** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**11/19/2018** Summons (on Complaint)
Filed by Clerk

**11/19/2018** Civil Case Cover Sheet
Filed by Jaron Brignac (Plaintiff)

**11/19/2018** Complaint
Filed by Jaron Brignac (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Register of Actions (Listed in descending order)**

**11/20/2018** Notice of Case Management Conference
Filed by Clerk

**11/19/2018** Civil Case Cover Sheet
Filed by Jaron Brignac (Plaintiff)

**11/19/2018** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**11/19/2018** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**11/19/2018** Complaint
Filed by Jaron Brignac (Plaintiff)

**11/19/2018** Summons (on Complaint)
Filed by Clerk

[ NEW SEARCH ]

---

Art Showcased in
Los Angeles Courthouse Jury Rooms



"Raw Café" by Pebbla Wallace
2010 – 1st Place Amateur



Privacy Statement | Disclaimer | Employment | ADA | Holidays | Comment on our Website

Copyright 2014 Superior Court of California, County of Los Angeles