Brian A. Sutherland (SBN 248486)
bsutherland@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant Yelp Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>            Plaintiff,<br><br>   vs.<br><br>YELP, INC., a California Corporation, 1-10 INCLUSIVE,<br><br>            Defendants. | Case No. 2:18-cv-10721<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On December 28, 2018, I served the following documents by the method indicated below:

**NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**NOTICE OF INTERESTED PARTIES**

**NOTICE TO THE CLERK OF THE SUPERIOR COURT AND ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☑ by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

Jaron Brignac
16450 Palomino Place
Santa Clarita, CA 91387

I declare under penalty of perjury that the above is true and correct. Executed on December 28, 2018, at San Francisco, California

*/s/ April E. Henderson*
April E. Henderson