Brian A. Sutherland (SBN 248486)
bsutherland@reedsmith.com
Joshua D. Anderson (SBN 312836)
janderson@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant Yelp Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>YELP, INC., a California Corporation, 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. 2:18−cv−10721 R (ASx)<br><br>**Yelp Inc.'s Notice of Motion and Motion to Dismiss under Rule 12(b)(6)**<br><br>Date:     February 19, 2019<br>Time:    10:00 a.m.<br>Place:   Courtroom 880, 8th Floor<br>            Roybal Federal Building and<br>            U.S. Courthouse<br>            255 East Temple Street,<br>            Los Angeles, CA 90012<br>Judge:  Hon. Manuel L. Real<br><br>[filed concurrently with memorandum of law and proposed order] |

**TO JARON BRIGNAC, PLAINTIFF PRO SE:**

PLEASE TAKE NOTICE THAT on February 19, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Manuel L. Real, located in Courtroom 880, 8th Floor, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, defendant Yelp Inc. will and hereby does move this Court for entry of an order dismissing plaintiff Jaron Brignac's complaint with prejudice.

This Motion seeks an order dismissing Brignac's complaint with prejudice for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the Proposed Order, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to ruling.

This Court's individual rule no. 7 (Order Re: Notice to Counsel) states that the parties are not obligated to meet and confer, or file a declaration in connection thereto, for the purposes of preparing and filing dispositive motions.

DATED:  January 18, 2019

REED SMITH LLP

By: /s/ Brian A. Sutherland
Brian A. Sutherland
Joshua D. Anderson
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for defendant Yelp Inc.