1  Brian A. Sutherland (SBN 248486)
2  bsutherland@reedsmith.com
   REED SMITH LLP
3  101 Second Street, Suite 1800
   San Francisco, CA 94105-3659
4  Telephone: (415) 543-8700
5  Facsimile:  (415) 391-8269

6  Attorneys for Defendant Yelp Inc.

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11

12  JARON BRIGNAC, an individual,          Case No. 2:18−cv−10721 R (ASx)

13              Plaintiff,
                                           **PROPOSED ORDER**
14                                         **Granting Yelp Inc.'s Motion to**
        vs.                                **Dismiss under Rule 12(b)(6)**
15

16  YELP, INC., a California Corporation,   Date:   February 19, 2019
17  1-10 INCLUSIVE,                         Time:   10:00 a.m.
                                            Place:  Courtroom 880, 8th Floor
18              Defendants.                         Roybal Federal Building and
                                                    U.S. Courthouse
19                                                  255 East Temple Street,
20                                                  Los Angeles, CA 90012
                                            Judge:  Hon. Manuel L. Real
21

22                                         [filed concurrently with notice of motion
23                                         and memorandum of law]

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    On February 19, 2019, this Court heard defendant Yelp Inc.'s motion to dismiss

2    the complaint filed by plaintiff Jaron Brignac. Brignac's complaint asserts that Yelp

3    Inc. violated the Sherman Act, 15 U.S.C. § 2, but the complaint fails to state a claim

4    upon which relief may be granted for several reasons. Brignac alleges that a

5    corporation he owns, BPCS Law, did not appear on the first page of Google's search

6    results for certain keywords and that Yelp offered to provide advertising space on its

7    website to BPCS Law for $1,200 monthly. His allegations make clear that the

8    corporation, not Brignac, sustained the purported antitrust injury. Any injury that

9    Brignac sustained is derivative of the corporate injury. As a result, Brignac is not the

10   real party in interest and he cannot assert claims belonging to the corporation.

11   Brignac's complaint fails to state an antitrust claim for other reasons. It fails to

12   plead a relevant market in which Yelp allegedly had monopoly power. It fails to allege

13   that Yelp engaged in anticompetitive conduct. The Communications Decency Act, 47

14   U.S.C. § 230, bars Brignac's claim to the extent that it is based on Yelp's decision to

15   publish only reviews from users who maintain accounts with Yelp. In any event,

16   Brignac's allegations that Yelp's web pages appeared in Google's search results does

17   not state any conceivable claim against Yelp. *See Kimzey v. Yelp! Inc.*, 836 F.3d 1263,

18   1270 n.5 (9th Cir. 2016). His allegation that Yelp offered to provide advertising for a

19   monthly fee does not state a claim either, especially given that Brignac fails to allege

20   that he or his corporation are competitors of Yelp. Brignac also fails to allege that he

21   sustained an antitrust injury, which is an essential element of an antitrust claim.

22   Finally, Brignac cannot amend his complaint to state a claim without contradicting the

23   allegations of the original complaint, which establish that he has no plausible claim.

24   Thus, granting leave to amend would be futile.

25   //

26   //

27   //

28   //

– 1 –

1    Having considered the parties' papers and arguments for and against the

2    motion, the Court hereby orders that Yelp Inc.'s motion is **GRANTED** and the

3    complaint against Yelp Inc. is **DISMISSED WITH PREJUDICE**.

4    SO ORDERED

5    DATE:

6                                        _____

7                                        The Honorable Manuel L. Real
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PROPOSED ORDER GRANTING YELP INC.'s MOTION TO DISMISS UNDER RULE 12(b)(6)