1 | Brian A. Sutherland (SBN 248486)
2 | bsutherland@reedsmith.com
  | REED SMITH LLP
3 | 101 Second Street, Suite 1800
  | San Francisco, CA  94105-3659
4 | Telephone: (415) 543-8700
  | Facsimile:  (415) 391-8269
5 |
6 | Attorneys for Defendant Yelp Inc.
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                   CENTRAL DISTRICT OF CALIFORNIA
10 |                          WESTERN DIVISION

| JARON BRIGNAC, an individual, | Case No. 2:18-cv-10721 R (ASx) |
|---|---|
| Plaintiff, | **CORRECTED CERTIFICATE OF SERVICE** |
| vs. | |
| YELP, INC., a California Corporation, 1-10 INCLUSIVE, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On January 18, 2019, I served the following documents by the method indicated below:

**Yelp Inc.'s Notice of Motion and Motion to Dismiss under Rule 12(b)(6)**

**Memorandum of Law In Support of Yelp Inc.'s Motion To Dismiss under Rule 12(b)(6)**

**Proposed Order Granting Yelp Inc.'s Motion to Dismiss under Rule 12(b)(6)**

☑ by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below:

☑ by transmitting via email to the parties at the email addresses listed below, pursuant to the parties' agreement to accept service by email:

> Jaron Brignac
> 16450 Palomino Place
> Santa Clarita, CA 91387
> Tel: (818) 738-9861
> Fax: (818) 698-6492
> Email: bpcslaw@gmail.com

I declare under penalty of perjury that the above is true and correct. Executed on January 18, 2019, at San Francisco, California.

_____
Silvia Escobar

– 1 –
CERTIFICATE OF SERVICE