Brian A. Sutherland (SBN 248486)
bsutherland@reedsmith.com
Joshua D. Anderson (SBN 312836)
janderson@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant Yelp Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YELP, INC., a California Corporation, 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:18−cv−10721 R (ASx)<br><br>**Yelp Inc.'s Notice of Motion and Motion to Transfer Venue under 28 U.S.C. § 1404(a) and Motion for an Immediate Stay Pending Decision on Transfer**<br><br>Date:     February 19, 2019<br>Time:    10:00 a.m.<br>Place:   Courtroom 880, 8th Floor<br>          Roybal Federal Building and<br>          U.S. Courthouse<br>          255 East Temple Street,<br>          Los Angeles, CA 90012<br>Judge:  Hon. Manuel L. Real<br><br>[filed concurrently with memorandum of law, declaration of Ian MacBean, and proposed order] |

**TO JARON BRIGNAC, PLAINTIFF PRO SE:**

PLEASE TAKE NOTICE THAT on February 19, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Manuel L. Real, located in Courtroom 880, 8th Floor, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, defendant Yelp Inc. ("Yelp") will and hereby does move this Court for entry of an order transferring this case to the United States District Court for the Northern District of California.[1]

This Motion seeks an order transferring this case under 28 U.S.C. § 1404(a) because Plaintiff repeatedly agreed to Yelp's forum selection clause designating the federal and state courts in San Francisco, California, as the exclusive venue in which the parties could assert claims against each other and because the convenience of the parties and the interests of justice favor transfer.

This Motion also seeks an immediate stay of all proceedings pending decision on transfer based on the Court's inherent authority to manage its docket and conserve judicial and litigation resources.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the declaration of Ian MacBean and exhibits thereto, the Proposed Order, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to ruling.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on January 7, 2019.

---

[1] Given the binding forum selection clause and strong considerations favoring a transfer in this case and to conserve judicial resources, Yelp Inc. respectfully suggests that the Court decide Yelp's motion to transfer venue before deciding Yelp's motion to dismiss, which is being filed simultaneously to meet the responsive pleading deadline. Should the Court grant this motion to transfer venue, Yelp will re-notice its motion to dismiss in the Northern District of California.

– 1 –

DATED:  January 22, 2019         REED SMITH LLP

By: /s/ Brian A. Sutherland
    Brian A. Sutherland
    Joshua D. Anderson
    REED SMITH LLP
    101 Second Street, Suite 1800
    San Francisco, CA  94105-3659
    Telephone: (415) 543-8700
    Facsimile:  (415) 391-8269

    Attorneys for defendant Yelp Inc.

– 2 –