# Exhibit B

# Exhibit B

