# Exhibit C

Exhibit C

