# Exhibit D

# Exhibit D

## yelp for Business Owners

### Log In to Yelp for Business Owners

Email

Password

Forgot your password?

Log In

By logging in you agree to Yelp's Terms of Service and Privacy Policy.

Don't have a business user account?
Claim your business



Terms of Service   Privacy Policy   Ad Choices   Content Guidelines   Blog   Webinars   Support

Language   English ▼

Need help? (877) 767-9357

**Go mobile** with the Yelp for Business Owners app for iOS and Android.





Copyright © 2004–2019 Yelp Inc. Yelp, yelp, and related marks are registered trademarks of Yelp.