# Exhibit E

# Exhibit E



## Log In to Yelp

New to Yelp? Sign up

By logging in, you agree to Yelp's Terms of Service and Privacy Policy.

Want Yelp for Business Owners?
Go there now »



**f** Log In with Facebook

**G** Log In with Google

OR

Email

Password

Forgot password?

Log In

New to Yelp? Sign up

| About | Discover | Yelp for Business Owners | Languages |
|---|---|---|---|
| About Yelp | Yelp Project Cost Guides | Claim your Business Page | English ▼ |
| Careers | Collections | Advertise on Yelp | |
| Press | Talk | Yelp Reservations | Countries |
| Investor Relations | Events | Yelp WiFi | United States ▼ |
| Content Guidelines | The Local Yelp | Yelp Nowait | |
| Terms of Service | Yelp Blog | Business Success Stories | |
| Privacy Policy | Support | Business Support | |
| Ad Choices | Yelp Mobile | Yelp Blog for Business Owners | |
| | Developers | | |
| | RSS | | |

Site Map  Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities



Copyright © 2004–2019 Yelp Inc. Yelp, yelp, ⚜ and related marks are registered trademarks of Yelp.