Brian A. Sutherland (SBN 248486)
bsutherland@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant Yelp Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YELP, INC., a California Corporation, 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:18−cv−10721 R (ASx)<br><br>**PROPOSED ORDER**<br>**Granting Yelp Inc.'s Motion to Transfer Venue under 28 U.S.C. § 1404(a)**<br><br>Date:     February 19, 2019<br>Time:     10:00 a.m.<br>Place:    Courtroom 880, 8th Floor<br>          Roybal Federal Building and<br>          U.S. Courthouse<br>          255 East Temple Street,<br>          Los Angeles, CA 90012<br>Judge:   Hon. Manuel L. Real<br><br>[filed concurrently with notice of motion, declaration of Ian MacBean, and memorandum of law] |

PROPOSED ORDER GRANTING YELP INC.'s MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

On February 19, 2019, this Court heard defendant Yelp Inc.'s motion to transfer venue under 28 U.S.C. § 1404(a). Having fully considered the arguments of the parties, both oral and written, together with all papers filed in support of and in opposition to the motion, the Court hereby **GRANTS** the motion and **ORDERS** that the above-captioned case be transferred to the Northern District of California.

SO ORDERED

DATE:

_____
The Honorable Manuel L. Real
United States District Judge