Jaron Brignac
16450 Palomino PL, 204
Santa Clarita, CA 91387
Office Phone: (818) 738-9861
Fax: (818) 698-6492

Pro Per,

FILED
2019 JAN 29 PM 1:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>           Plaintiff,<br>     vs.<br><br>YELP, INC.; A California Corporation,<br>1-10, INCLUSIVE,<br><br>           Defendants. | Case No.: 2:18-cv-10721-R(ASx)<br><br>**NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** |

TO THE COURT AND ALL OTHER INTERESTED PARTIES:

1

PLEASE TAKE NOTICE that Plaintiff JARON BRINGAC intends to file a First Amended Complaint prior to the hearing on the pending motion to dismiss case described above currently set to be heard in the above-entitled court on February 19, 2019 at 10:00 a.m. before the Honorable Hon. Manuel L. Real

///

///

Said First Amended Complaint will moot the pending motion to dismiss hearing.

Dated: January 29, 2019　　　　　　　　　　JARON BRIGNAC

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　By Jaron Brignac
　　　　　　　　　　　　　　　　　　　　　In Propria Persona

**NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California: my business address is 16450 Palomino PL 204, Canyon Country, California 91387.

On the January 29, 2019 I served a copy of the foregoing documents entitled

**NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT**

On the interested parties in said case as follows:

BRIAN A. SUTHERLAND (SBN 248486)
BSUTHERLAND@REEDSMITH.COM
REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

The above parties were served electronically via email upon verified stipulation within the emails. I hereby certify that I filed the foregoing with the United States District Court, Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made. This declaration is executed in Pasadena, California on January 29, 2019.

*/s/ Jaron Brignac*