1  Brian A. Sutherland (SBN 248486)
   bsutherland@reedsmith.com
2  REED SMITH LLP
3  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
4  Telephone: (415) 543-8700
   Facsimile:  (415) 391-8269
5

6  Attorneys for Defendant Yelp Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | JARON BRIGNAC, an individual, | Case No. 2:18-cv-10721 R (ASx)
13 |                               |
14 |         Plaintiff,            | **CERTIFICATE OF SERVICE**
15 |     vs.                       |
16 | YELP, INC., a California Corporation, |
   | 1-10 INCLUSIVE,               |
17 |                               |
18 |         Defendants.           |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On February 5, 2019, I served the following documents by the method indicated below:

**REPLY IN SUPPORT PF YELP INC.'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a) AND MOTION FOR AN IMMEDIATE STAY PENDING DECISION ON TRANSFER**

**REPLY DECLARATION OF IAN MACBEAN IS SUPPORT OF YELP INC.'S MOTION TO TRANSFER VENUE UNDER UNDER 28 U.S.C. § 1404(a) AND MOTION FOR IMMEDIATE STAY PENDING DECISION ON TRANSFER**

☑ by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Ankeny, Iowa, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑ by transmitting via email to the parties at the email addresses listed below:

> Jaron Brignac
> 16450 Palomino PL, 204
> Santa Clarita, CA 91387
> Tel:  (818) 738-9861
> Fax: (818) 698-6492
> Email: bpcslaw@gmail.com

I declare under penalty of perjury that the above is true and correct.  Executed on February 5, 2019, at San Francisco, California.

      /s/ Brian A. Sutherland
      Brian A. Sutherland