Brian A. Sutherland (SBN 248486)
bsutherland@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant Yelp Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>YELP, INC., a California Corporation, 1-10 INCLUSIVE,<br><br>   Defendants. | Case No. 2:18-cv-10721 R (ASx)<br><br>**CORRECTED CERTIFICATE OF SERVICE** |

# CORRECTED CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On February 5, 2019, I served the following documents by the method indicated below:

**REPLY IN SUPPORT OF YELP INC.'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a) AND MOTION FOR AN IMMEDIATE STAY PENDING DECISION ON TRANSFER**

**REPLY DECLARATION OF IAN MACBEAN IN SUPPORT OF YELP INC.'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a) AND MOTION FOR IMMEDIATE STAY PENDING DECISION ON TRANSFER**

☑ by causing the documents listed above to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑ by transmitting via email to the parties at the email addresses listed below, in accordance with the parties' agreement to accept service by email:

>Jaron Brignac
>16450 Palomino PL, 204
>Santa Clarita, CA 91387
>Tel: (818) 738-9861
>Fax: (818) 698-6492
>Email: bpcslaw@gmail.com

I declare under penalty of perjury that the above is true and correct. Executed on February 7, 2019, at San Francisco, California.

>/s/ Brian A. Sutherland
>Brian A. Sutherland